UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § | **DOCKET NO. 2:97CR00214-004** |
| | § § | |
| **ISRAEL ORONA** | § | |

**ORDER CONTINUING AND MODIFYING**
**TERM OF SUPERVISED RELEASE**

On April 5, 2007, Israel Orona, represented by counsel, Jose Gonzalez-Falla, appeared before the Court for a hearing on charges that he violated the conditions of his term of supervised release as imposed by judgment of this Honorable Court on February 10, 1998, wherein he was sentenced to a term of eighteen (18) months in the custody of the U.S. Bureau of Prisons and a five (5) year term of supervised release with a special condition of drug treatment.

Previously, on May 23, 2000, Mr. Orona appeared before the Court for a revocation hearing for allegations of possession and use of a controlled substance, failure to report and failure to submit a truthful written reports, and failure to abide by the drug treatment program rules and regulations by using a controlled substance. After hearing the evidence presented as well as the defendant's plea of true, Mr. Orona was continued on supervision and the conditions of supervision were modified to include in-patient drug counseling for a period of 120 days. On March 27, 2001, Mr. Orona appeared before the Court for a revocation hearing for allegations of possession and use of a controlled substance, and failure to abide by the drug treatment program's rules and regulations. After hearing the evidence presented as well as the defendant's plea of true, the Court sentenced Mr. Orona to 6 months custody of the U.S. Bureau of Prisons and 54 months of supervised release. On May 26, 2004, Mr. Orona appeared before the Court for a revocation hearing for allegations of possession and use of a controlled substance, and failure to abide by the drug treatment program's rules and regulations. After hearing the evidence presented as well as the defendant's plea of true, the Court sentenced Mr. Orona to 11 months custody of the U.S. Bureau of Prisons and 3 years of

ISRAEL ORONA
DKT. NO. 2:97CR00214-004

supervised release. On April 4, 2006, the Court modified the defendant's conditions of supervised release to include the special condition of 120 days of home confinement.

After hearing the evidence presented as to the allegations, as well as supervised releasee's pleas of true to Violation No. 1 and Violation No. 2, the Court found that the supervised releasee had violated:

> **No. 1: Failure to Abide by Drug Treatment Program's Rules and Regulations:** Israel Orona was participating in a drug treatment program with Paramount Therapy Center, Inc. and South Texas Substance Abuse Recovery Services, Inc. and was in Phase I requiring four counseling sessions and four urine specimens per month. Mr. Orona violated the rules and regulations of the Paramount Therapy Center, Inc. and South Texas Substance Abuse Recovery Services, Inc. program by failing to report as directed for individual counseling sessions for the months of April 2006, May 2006, August 2006, September 2006, November 30, 2006, and December 6, 2006. Further, Mr. Orona failed to submit random urine specimens on April 21, 2006, April 23, 2006, April 26, 2006, May 16, 2006, May 18, 2006, May 30, 2006, July 14, 2006, July 20, 2006, August 12, 2006, August 16, 2006, August 22, 2006, August 28, 2006, September 19, 2006, and September 24, 2006.

On April 5, 2007, in spite of the findings above, *the Court further finds probation was tolled* the Court elects not to revoke the term of supervised release and continues the defendant on supervised release *for improved supervision* with all of the previously imposed conditions, along with the following additional condition:

> **COMMUNITY SERVICE:** The defendant is required to perform 100 hours of community service at Robstown Little League to be completed by February 27, 2008.

DONE at Corpus Christi, Texas, this ___6___ day of April, 2007

HAYDEN HEAD
CHIEF JUDGE

Approved as to form:

James C. Martinez, Supervising
U. S. Probation Officer

GJM/ctg